Richard D. Marca, Bar #127365
Richard.Marca@greshamsavage.com
Jamie E. Wrage, Bar #188982
Jamie.Wrage@greshamsavage.com
Mario H. Alfaro, Bar #246420
Mario.Alfaro@greshamsavage.com
**GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA 92501-3335
Telephone: (951) 684-2171
Facsimile: (951) 684-2150

Attorneys for Defendant,
H & R BLOCK BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO P. CASTELLANOS, an individual, and ELVIA M. CASTELLANOS, an individual,<br><br>　　Plaintiffs,<br><br>vs.<br><br>H & R BLOCK BANK and DOES 1 through 20, Inclusive,<br><br>　　Defendants. | CASE NO. CV 12-02128 PSG<br>Magistrate Judge Paul S. Grewal<br><br>[~~PROPOSED~~] ORDER ON REQUEST TO ALLOW OTHER THAN LEAD COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE<br><br>Date:　　5/29/12<br>Time:　　2:00 PM<br>Crtrm.:　　5 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
[~~PROPOSED~~] ORDER ON REQUEST TO ALLOW OTHER THAN LEAD
COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE

H792-002 -- 888871.1

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

1 DEFENDANT H&R BLOCK BANK's request that lead trial counsel, Richard D. Marca, be excused from attending the Case Management Conference set for May 29, 2012 at 2:00 p.m. is granted/~~denied~~.

Dated: May 24, 2012

*Paul S. Grewal*
Magistrate Judge Paul S. Grewal

```
Counsel for Defendant H&R Block Bank shall appear by
telephone.  Counsel is instructed to contact CourtCall
at 866-582-6878 to arrange for telephonic appearance.
```

2
[~~PROPOSED~~] ORDER ON REQUEST TO ALLOW OTHER THAN LEAD COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE
H792-002 -- 888871.1

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171