1  Richard D. Marca, Bar #127365
   Richard.Marca@greshamsavage.com
2  Jamie E. Wrage, Bar #188982
   Jamie.Wrage@greshamsavage.com
3  Mario H. Alfaro, Bar #246420
   Mario.Alfaro@greshamsavage.com
4  **GRESHAM SAVAGE NOLAN & TILDEN,**
   **A Professional Corporation**
5  3750 University Avenue, Suite 250
   Riverside, CA  92501-3335
6  Telephone:  (951) 684-2171
   Facsimile:   (951) 684-2150
7
   Attorneys for Defendant,
8  H & R BLOCK BANK

9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12

13  ALEJANDRO P. CASTELLANOS, an      ) CASE NO. CV 12-02128 PSG
    individual, and ELVIA M.          ) Magistrate Judge Paul S. Grewal
14  CASTELLANOS, an individual,       )
                                      )
15         Plaintiffs,                ) [~~PROPOSED~~] ORDER ON
                                      ) REQUEST TO ALLOW OTHER
16  vs.                               ) THAN LEAD COUNSEL TO
                                      ) APPEAR AT CASE
17  H & R BLOCK BANK and DOES 1       ) MANAGEMENT CONFERENCE
    through 20, Inclusive,            )
18                                    )
           Defendants.                )
19                                    )
                                      ) Date:      5/29/12
20                                    ) Time:      2:00 PM
                                      ) Crtrm.:    5
21  _____   )

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

---
1
[~~PROPOSED~~] ORDER ON REQUEST TO ALLOW OTHER THAN LEAD
COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE
H792-002 -- 888871.1

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA  92501-3335
(951) 684-2171

1  DEFENDANT H&R BLOCK BANK's request that lead trial counsel,
2  Richard D. Marca, be excused from attending the Case Management Conference
3  set for May 29, 2012 at 2:00 p.m. is granted/~~denied~~.

5  Dated: May 24, 2012           *Paul S. Grewal* (signature)
                                 Magistrate Judge Paul S. Grewal

```
Counsel for Defendant H&R Block Bank shall appear by
telephone.  Counsel is instructed to contact CourtCall
at 866-582-6878 to arrange for telephonic appearance.
```

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

2
[~~PROPOSED~~] ORDER ON REQUEST TO ALLOW OTHER THAN LEAD COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE
H792-002 -- 888871.1