Richard D. Marca, Bar #127365
Richard.Marca@greshamsavage.com
Jamie E. Wrage, Bar #188982
Jamie.Wrage@greshamsavage.com
Mario H. Alfaro, Bar #246420
Mario.Alfaro@greshamsavage.com
**GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA 92501-3335
Telephone: (951) 684-2171
Facsimile: (951) 684-2150

Attorneys for Defendant,
H & R BLOCK BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO P. CASTELLANOS, an individual, and ELVIA M. CASTELLANOS, an individual,<br><br>　　Plaintiffs,<br><br>vs.<br><br>H & R BLOCK BANK and DOES 1 through 20, Inclusive,<br><br>　　Defendants. | CASE NO. CV 12-02128 LHK<br>Honorable Lucy H. Koh<br><br>**[PROPOSED] ORDER ON REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br>**Date:** 9/12/12<br>**Time:** 2:00 PM<br>**Crtrm.:** 4 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER ON REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

H792-002 -- 961864.1

1  Request that counsel for Defendant H & R BLOCK BANK be allowed to
2  appear by telephone at the Case Management Conference in this matter, currently
3  scheduled for September 12, 2012 at 2:00 p.m. in Courtroom 4 of this Court is
4  granted/denied.

6  Dated: ___9/7_____, 2012   *Lucy H. Koh*
                                 Judge Lucy H. Koh

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

H792-002 -- 961864.1

2
[~~PROPOSED~~] ORDER ON REQUEST TO APPEAR BY
TELEPHONE AT CASE MANAGEMENT CONFERENCE