UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEJANDRO P. CASTELLANOS, ET AL., ) | Case No.: 12-CV-02128-LHK |
| ) | |
| Plaintiffs, ) | ORDER DIRECTING PARTIES TO FILE |
| v. ) | A JOINT CASE MANAGEMENT |
| ) | STATEMENT |
| H&R BLOCK BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for September 13, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Tuesday, September 11, 2012, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: September 10, 2012

_____
LUCY H. KOH
United States District Judge