1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEJANDRO P. CASTELLANOS, et al.,   ) | Case No.: 12-CV-02128-LHK |
|                              ) | |
|            Plaintiffs,        ) | ORDER TO SHOW CAUSE |
|     v.                       ) | |
|                              ) | |
| H&R BLOCK BANK,              ) | |
|                              ) | |
|            Defendant.         ) | |
|                              ) | |
|                              ) | |

On September 10, 2012, two days before the September 12, 2012 Case Management Conference, the parties filed a Supplemental Joint Report of Early Meeting of Counsel. ECF No. 27. In that statement, Plaintiffs' counsel represented that "on August 28, 2012, Plaintiffs indicated to Nick Pacheco Law Group they no longer desired their services and no longer wanted to continue with litigation." Plaintiffs' counsel further indicated that they had requested confirmation in writing that Plaintiffs no longer wished to proceed, but had been unable to obtain that confirmation. At the September 12, 2012 Case Management Conference, Plaintiffs' counsel represented that since August 28, 2012, Plaintiffs had not responded to Plaintiffs' counsel's voicemails or certified letter.

1

Case No.: 12-CV-02128-LHK
ORDER TO SHOW CAUSE

In light of these facts, Plaintiffs are hereby ORDERED to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs' response to this Order to Show Cause is due on September 26, 2012, and must be signed by Plaintiffs personally. A hearing on this Order is set for October 3, 2012 at 2:00 p.m. Plaintiffs are ordered to appear personally at this hearing. Plaintiffs' failure to respond to this Order and to appear at the October 3, 2012 hearing will result in dismissal of this action with prejudice.

Further, Attorney Pacheco shall file a declaration under penalty of perjury detailing his efforts to contact Plaintiffs by September 17, 2012 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: September 12, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge