**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEJANDRO P. CASTELLANOS, et al., ) | Case No.: 12-CV-02128-LHK |
| ) | |
| Plaintiffs, ) | ORDER DISMISSING CASE WITH |
| v. ) | PREJUDICE |
| ) | |
| H&R BLOCK BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

On September 12, 2012, the Court issued an Order to show cause why this case should not be dismissed. Plaintiffs failed to file the required response by September 26, 2012, and failed to appear as required at the hearing on October 3, 2012. Accordingly, the case is DISMISSED with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 3, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge