1

2

3

4            UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6

7   ALEJANDRO P. & ELVIA M. CASTELLANOS,

8            Plaintiff,                    No. CV 12-02128 LHK

9            v.                            **JUDGMENT** IN A CIVIL CASE

10  H&R BLOCK BANK,

11           Defendant(s).
    _____/

12
         Pursuant to the Order filed October 3, 2012, Dismissing this case with prejudice,
13
         it is Ordered, Adjudged and Decreed
14
         that judgment be entered in favor of Defendant and against Plaintiff.
15
         IT IS SO ORDERED.
16
    Dated:  October 5, 2012
17

18                                         Richard W. Wieking, Clerk

19                                         By: Martha Parker Brown
                                           Deputy Clerk
20

21

22

23

24

25

26

27

28